# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Isaias Gutierrez-Villalobos,<br><br>   Defendant. | Case No. 19-mj-21586-FAG-WQH<br><br>**Order Staying Proceedings** |

On joint motion of the parties (ECF No. 13), and with good cause shown, further proceedings in this case are stayed pending a Ninth Circuit decision in *United States v. Madero-Diaz*, Ninth Circuit Case No. 17-50347; *United States v. Duffy*, Ninth Circuit Case No. 17-50414; *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206; *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, *United States v. Chavez-Diaz*, Ninth Circuit Case No. 18-50391, or until further order of the Court.

Dated: April 24, 2019

Hon. William Q. Hayes
United States District Court